IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL BARRERA-ANDRADE<br>JANICE MARIE DOUGHTY,<br>    Defendant. | CRIMINAL ACTION<br><br>NUMBER 1:21-CR-401-TWT-CMS |

## **O R D E R**

For good cause shown, the motion by defendant Janice Marie Doughty to continue the pretrial conference and deadline for pretrial motions [Doc. No. 42] is GRANTED. The pretrial conference for the above defendants is re-scheduled to May 16, 2022, at 10:00 a.m. by Zoom. The defendants have until May 13, 2022, to file any pretrial motions.

The time from March 30, 2022, to and until May 16, 2022, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 29th day of March, 2022.

_____
CATHERINE M. SALINAS
United States Magistrate Judge